IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| **ADLYNN K. HARTE,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.                             ) | No. 13-CV-02586 |
| ) | |
| **THE BOARD OF COMMISSIONERS** ) | |
| **OF THE COUNTY OF JOHNSON** ) | |
| **COUNTY, KANSAS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**MOTION TO AMEND/CORRECT PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF THE BOARD OF COMMISSIONERS OF JOHNSON COUNTY AND THE OTHER JOHNSON COUNTY DEFENDANTS, DOC. 324**

Plaintiffs Adlynn Harte, Robert Harte and their minor children, by and through counsel, hereby move this Honorable Court to allow them to correct/amend their Response to the Motion for Summary Judgment of the Board of Commissioners of Johnson County and the other Johnson County Defendants (Doc. 324) by making the below-listed minor corrections. The errors were made inadvertently during the drafting/editing process. The addition of these corrections will allow some minor clarifications that may aid the Court and will not cause any prejudice to Defendants as none of them involve the substance of any argument.

Plaintiffs respectfully request that they be permitted to make these corrections either by filing a "Notice of Amendment/Correction" or an "errata" sheet, or by filing an amended version of their Response, as the Court deems appropriate. Alternatively, the Court may simply accept the present pleading as "notice" of the listed corrections. The following corrections should be made:

**Response to factual statement 25**. Plaintiffs inadvertently numbered two separate, sequential responses as their response to Defendants' statement #25. Both of these responses,

1

appearing on pages 34-35 and 36, respond to Defendants' #25 and may be merged into a single response controverting Defendants' factual statement #25.

**Response to factual statement 31**.  Plaintiffs inadvertently omitted their response to this statement.  Plaintiffs do not controvert this assertion, so their response is "Uncontroverted."

**Missing portion of citation on page 47**. This citation has the correct exhibit number and page number, but requires an ending page/line number.  The missing citation should read: Exh. 65 at 33:15-36:6.

Plaintiffs further note that the direct quote on pages 41-42 (from Mrs. Harte's declaration) should be single spaced, not double spaced.

None of the above-listed corrections alter the substance of any portion of Plaintiffs' response to Defendants' Motion for Summary Judgment.

WHEREFORE, Plaintiffs respectfully seek this Court's order allowing them to make the above-listed corrections to Document 324, either by accepting this pleading as a "notice" of the corrections, or by permitting the filing of an "errata" sheet, or by permitting the filing of an amended version of Document 324.

> Respectfully Submitted,
>
> MORGAN PILATE, LLC
>
> /s/ Cheryl A. Pilate
> Cheryl A. Pilate KS No. 14601
> Melanie S. Morgan
> Kristen Swann
> 926 Cherry Street
> Kansas City, MO 64106
> Telephone: 816-471-6694

cpilate@morganpilate.com
mmorgan@morganpilate.com


EMPLOYEE & LABOR LAW
GROUP OF KANSAS CITY, LLC

/s/  Kristi Kingston
Kristi Kingston  KS No. 19126
3699 S.W. Pryor Road Lee's
Summit, MO 64082
Telephone: (816) 945-2122
Facsimile: (816) 945-2120
kristi@elgkc.com


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document was served *via* the ECF system on all counsel of record On November 25, 2015.

 /s/   Cheryl A. Pilate

2

Case 2:13-cv-02586-JWL   Document 333   Filed 11/25/15   Page 4 of 4

4