# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| **ADLYNN K. HARTE, ROBERT W. HARTE, J.H., a minor, by and through his parents and next friends, ADLYNN K. HARTE and ROBERT W. HARTE, and  L.H., a minor, by and through  her parents and next friends, ADLYNN K. HARTE and ROBERT W. HARTE,** | ) ) ) ) ) ) ) | **CIVIL ACTION**<br><br>**No. 13-2586-JWL** |
| **Plaintiffs,** | ) ) |  |
| **v.** | ) ) |  |
| **THE BOARD OF COMMISSIONERS OF THE COUNTY OF JOHNSON, KANSAS**; and **FRANK DENNING,** Sheriff, in his official and individual capacity; **MARK BURNS,** deputy, in his individual capacity; **EDWARD BLAKE,** deputy, in his individual capacity; **MICHAEL PFANNENSTIEL,** deputy, in his individual capacity; **JAMES COSSAIRT,** deputy, in his individual capacity; **LARRY SHOOP**, deputy, in his individual capacity; **LUCKY SMITH**, deputy, in his individual capacity; **CHRISTOPHER FARKES**, deputy, in his individual capacity; **THOMAS REDDIN**, lieutenant, in his individual capacity; **NATE DENTON** , deputy, in his individual capacity; **TYSON KILBEY**, deputy, in his individual capacity; **LAURA VRABAC**, deputy, in her individual capacity; **JIM WINGO**, sergeant, Missouri Highway Patrol, in his individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  |
| **Defendants.** | ) ) |  |

## JUDGMENT

**The court has ordered that:**

Pursuant to the Memorandum and Order filed on December 18, 2015, the plaintiffs shall take nothing, the action is dismissed on the merits and the defendants **THE BOARD OF COMMISSIONERS OF THE COUNTY OF JOHNSON, KANSAS, FRANK DENNING, MARK BURNS, EDWARD BLAKE, MICHAEL PFANNENSTIEL, JAMES COSSAIRT, LARRY SHOOP**, **LUCKY SMITH CHRISTOPHER FARKES, THOMAS REDDIN**, **NATE DENTON** , T**YSON KILBEY**, **LAURA VRABAC**, and **JIM WINGO**,  shall recover costs from the plaintiffs **ADLYNN K. HARTE, ROBERT W. HARTE,  J.H., a minor, by and through his parents and next friends, ADLYNN K. HARTE and ROBERT W. HARTE, and  L.H., a minor, by and through  her parents and next friends, ADLYNN K. HARTE and ROBERT W. HARTE.**

**IT IS SO ORDERED.**

**Dated this 18th day of December, 2015, in Kansas City, Kansas.**

_s/  Sharon Scheurer_
**By Deputy Clerk**
**TIMOTHY M. O'BRIEN**
**Clerk of the District Court**