IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADLYNN K. HARTE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.  13-2586-JWL |
| ) | |
| FRANK DENNING, Sheriff, in his official ) | |
| and individual capacity, *et al.,* ) | |
| ) | |
| *Defendants*. ) | |

**JOINT SUBMISSION OF AGREED PROPOSED JURY INSTRUCTIONS**

Pursuant to the Court's February 5, 2020 Trial Order (Doc. No. 513), Federal Rule of Civil Procedure 51(a)(1), and D. Kan. Local Rule 51.1, Plaintiffs and Defendants jointly submit the attached agreed upon proposed jury instructions for the upcoming trial scheduled to begin March 30, 2020. The parties have met and conferred to try to reach agreement to the maximum extent possible. The parties have agreed upon the proposed jury instructions attached as Exhibit A.

As the proposals indicate, the parties reserve the right to modify these proposed instructions—including adding, editing, or deleting any proposed instructions—based on the Court's rulings on any pending or forthcoming motions, and based on the evidence and argument introduced at trial. The parties also expressly preserve all of their arguments previously presented.

The parties will separately file individually proposed jury instructions and verdict form on which the parties have not agreed.

FERREE, BUNN & RIDGWAY, CHTD.

*s/  Lawrence L. Ferree, III*
Lawrence L. Ferree, III   KS No. 08519
Kirk T. Ridgway           KS No. 17172
Brett T. Runyon           KS No. 26195
Attorneys for Johnson County Defendants
Ferree, Bunn & Ridgway, Chtd.
9393 W. 110th Street, Suite 200
Overland Park, Kansas 66212
(p) (913) 381-8180
(f)  (913) 381-8652
lferree@fbr2law.com
kridgway@fbr2law.com
brunyon@fbr2law.com

MANIER & HEROD

*s/  J. Lawson Hester*
J. Lawson Hester   MS No. 2394 *pro hac vice*
Attorneys for Johnson County Defendants
1201 Demonbreun Street
Nashville, Tennessee 37203
(p) 615-244-0030
(f) 615-242-4203
lhester@manierherod.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March 2020, I electronically filed the above and foregoing Joint Submission of Agreed Proposed Jury Instructions with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Cheryl Pilate | Kristi Kingston |
| Melanie S. Morgan | Employee & Labor Law Group |
| Morgan Pilate, LLC | of Kansas City, LLC |
| 926 Cherry Street | 12920 Metcalf Avenue, Suite 180 |
| Kansas City, MO 64106 | P.O. Box 25843 |
| *Attorneys for Plaintiffs* | Overland Park, Kansas 66225 |
| | *Attorney for Plaintiffs* |

2

Mark J. Nomellini
R. Allan Pixton
Amarto Bhattacharyya
Phillip Cooper
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
*Attorneys for Plaintiffs*

                                         *s/ Lawrence L. Ferree, III*
                                         Lawrence L. Ferree, III