# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ADLYNN K. HARTE, et al., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION** |
| | ) | **Case No. 13-CV-2586-JWL** |
| MARK BURNS, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT STIPULATION AND ORDER
## DISMISSING CASE WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties. No party shall be required to bear any attorneys' fees and costs other than its own. This stipulation shall not deprive the Court of jurisdiction to decide the pending motion to seal settlement information (ECF No. 559) and shall not prevent Plaintiffs or Defendants from filing any other documents or memoranda requested by the Court in connection with the pending motion to seal.

Dated: April 15, 2020

| | |
|---|---|
| *s/ Cheryl Pilate* | *s/ Lawrence L. Ferree* |
| Cheryl Pilate           KS No.  14601 | Lawrence L. Ferree, III   KS No. 08519 |
| Melanie S. Morgan    KS No.  16088 | Kirk T. Ridgway           KS No. 17172 |
| Morgan Pilate, LLC | Brett T. Runyon           KS No.26195 |
| 926 Cherry Street | Ferree, Bunn & Ridgway, Chtd. |
| Kansas City, MO 64106 | 9393 W. 110th Street, Suite 200 |
| Telephone No. (816) 471-6694 | Overland Park, Kansas 66210 |
| Facsimile No. (816) 472-3516 | Telephone No. (913) 381-8180 |
| cpilate@morganpilate.com | Facsimile No.   (913) 381-8652 |
| mmorgan@morganpilate.com | lferree@fbr2law.com |
| *Attorneys for Plaintiffs* | kridgway@fbr2law.com |
| | brunyon@fbr2law.com |
| | *Attorneys for Defendants* |

| | |
|---|---|
| *s/ R. Allan Pixton* | *s/ J. Lawson Hester* |
| R. Allan Pixton               (phv) | J. Lawson Hester    MS No. 2394 (phv) |
| Mark J. Nomellini           (phv) | MANIER & HEROD |
| Amarto Bhattacharyya     (phv) | 1201 Demonbreun Street, Suite 900 |
| Philip M. Cooper            (phv) | Nashville, Tennessee 37203 |
| Kirkland & Ellis – Chicago | Phone: (615) 244-0030 |
| 300 N. LaSalle Street | Fax: (615) 242-4203 |
| Chicago, IL 60654 | Direct Dial: 615-742-9339 |
| Telephone No. (312) 862-2000 | lhester@manierherod.com Licensed in MS |
| allan.pixton@kirkland.com | *Attorneys for Defendants* |
| mnomellini@kirkland.com | |
| *Attorneys for Plaintiffs* | |

*s/ Kristi Kingston*
Kristi Kingston         KS No.  19126
Employee & Labor Law Group of
Kansas City, LLC
12920 Metcalf Avenue, Suite 180
P.O. Box 25843
Overland Park, Kansas 66225
*Attorney for Plaintiffs*

## **ORDER**

The stipulation is approved. The entire action is hereby dismissed with prejudice. No party shall be required to bear any attorneys' fees and costs other than its own. This Order shall not deprive the Court of jurisdiction to decide the pending motion to seal settlement information (ECF No. 559) and shall not prevent Plaintiffs or Defendants from filing any other documents or memoranda requested by the Court in connection with the pending motion to seal.

Dated: April 16, 2020

                                            *s/ John W. Lungstrum*
                                            The Honorable John W. Lungstrum
                                            United States District Court for the District
                                            of Kansas.

## CERTIFICATE OF SERVICE

      I hereby certify that on April 15, 2020, I served the foregoing document on all counsel of record through the court's ECF system.

<u>/s/ Cheryl A. Pilate</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADLYNN K. HARTE, et al.,           ) | |
|            ) | |
|           **Plaintiff,**           ) | |
|            ) | |
| **vs.**           ) | CIVIL ACTION |
|            ) | Case No. 13-CV-2586-JWL |
| MARK BURNS, et al.,           ) | |
|            ) | |
|           **Defendants.**           ) | |
|            ) | |